TDCJ Offender Details

*9,727-32*

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 01394567 |
| **TDCJ Number:** | 00392834 |
| **Name:** | HATCHER,CHARLES LEWIS |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1949-07-24 |
| **Maximum Sentence Date:** | 2016-07-20 |
| **Current Facility:** | J MIDDLETON |
| **Projected Release Date:** | 2016-07-20 |
| **Parole Eligibility Date:** | 2016-07-20 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:** Offender is not scheduled for release at this time.

**Scheduled Release Type:** Will be determined when release date is scheduled.

**Scheduled Release Location:** Will be determined when release date is scheduled.

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1990-12-06 | BURG OF A BUILDING | 1991-10-18 | TARRANT | 0427582A | 20-00-00 |